PETER W. JAMES (SBN 41410)
DAVID A. DESTINO (SBN 046244)
BAKER & HOSTETLER LLP
600 Wilshire Boulevard
Los Angeles, California 90017-3212
Tel: 213 624 2400
Fax: 213 975 1740

ANN SPIEGEL, ESQ.
EQUIVA SERVICES LLC
One Shell Plaza 1148
910 Louisiana Street
Houston, Texas 77002
Tel: 713 241 6899
Fax: 713 241 5287

Attorneys for Defendants
MOTIVA ENTERPRISES LLC,
EQUILON ENTERPRISES LLC,
EQUIVA TRADING COMPANY and
EQUIVA SERVICES LLC




UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FOUAD N. DAGHER; et al.,<br>Plaintiffs, on behalf of themselves and those similarly situated,<br>v.<br>SAUDI REFINING, INC.; et al.,<br>Defendants. | CLASS ACTION<br>Case No.: CV-99-06114 GHK (JWJx)<br>**STIPULATION FOR DISMISSAL OF EQUILON ENTERPRISES LLC, MOTIVA ENTERPRISES LLC, EQUIVA TRADING COMPANY AND EQUIVA SERVICES LLC WITHOUT PREJUDICE; and ORDER** |

The parties, acting through their respective counsel, Stipulate, subject to the Order of this Court, that this action may be dismissed without prejudice against Equilon Enterprises LLC, Motiva Enterprises LLC, Equiva Trading Company and Equiva Services LLC (the "Secondary Defendants"), based on the following agreements and understandings:



DEC 27 1999



1. If this Court orders dissolution of the Secondary Defendants in a judgment against Shell Oil Company, Texaco Inc. and Saudi Refining Inc. (the "Remaining Defendants"), they, as owners, can accomplish that result;

2. The Secondary Defendants agree that subpoenas need not be served in order to obtain discovery from them. Those entities will treat a request in letter form for deposition or to produce documents as if it were a subpoena, while preserving other defenses and objections available under the Federal Rules of Civil Procedure; and

3. The Remaining Defendants agree that they will not rely upon either the dismissal of the Secondary Defendants or their absence from the lawsuit as an additional ground for asserting that they are not proper defendants.

DATED: December 20, 1999

Peter W. James
David A. Destino
BAKER & HOSTETLER LLP
600 Wilshire Boulevard
Los Angeles, CA 90012-3212
(213) 624-2400 (phone)
(213) 975-1740 (fax)

Attorneys for Defendants Equilon Enterprises LLC, Equiva Services LLC, Equiva Trading Company, and Motiva Enterprises LLC

Alan M. Grimaldi /DJG

Thomas J. Nolan
Dale J. Giali
HOWREY & SIMON
550 South Hope Street, Suite 1400
Los Angeles, CA 90071
(213) 892-1800 (phone)
(213) 892-2300 (fax)

Alan M. Grimaldi
Patricia G. Butler
HOWREY & SIMON
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800 (phone)
(202) 383-6610 (fax)

Attorneys for Defendant Texaco Inc.

Stuart N. Senator /DJG

Ronald L. Olson
Bradley S. Phillips
William D. Temko
Stuart N. Senator
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
(213) 683-9100 (phone)
(213) 687-3702 (fax)

Attorneys for Defendant Shell Oil Company

Michael S. Shuster /BAM

Bryan A. Merryman
WHITE & CASE LLP
633 W. 5th Street, 19th Fl.
Los Angeles, CA 90071
(213) 620-7700 (phone)
(213) 687-0758 (fax)

Michael S. Shuster
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (phone)
(212) 354-8113 (fax)

Attorneys for Saudi Refining Inc.

______________________________

Daniel R. Shulman
Terry M. Walcott
SHULMAN, WALCOTT & SHULMAN, P.A.
121 Franklin Avenue
Minneapolis, MN 55404
(612) 871 2909 (phone)
(612) 871-2939 (fax)

Joseph M. Alioto
ALIOTO LAW FIRM
One Embarcadero Center, Suite 4000
San Francisco, CA 94111-3607
(415) 434 8900 (phone)
(415) 434-9200 (fax)

John H. Boone
LAW OFFICE OF JOHN H. BOONE
One Embarcadero Center, 40th Floor
San Francisco, CA 94111
(415) 434 1133 (phone)
(415) 434-9200 (fax)

Thomas P. Bleau
BLEAU, FOX & ASSOCIATES, A.P.C.
3575 Cahuenga Blvd., West, Suite 580
Los Angeles, CA 90068
(323) 874 8613 (phone)
(323) 874-1234 (fax)

Attorneys for Plaintiffs

Bryan A. Merryman
WHITE & CASE LLP
633 W. 5th Street, 19th Fl.
Los Angeles, CA 90071
(213) 620-7700 (phone)
(213) 687-0758 (fax)

Michael S. Shuster
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (phone)
(212) 354-8113 (fax)

Attorneys for Saudi Refining Inc.

Daniel R. Shulman
Terry M. Walcott
SHULMAN, WALCOTT & SHULMAN, P.A.
121 Franklin Avenue
Minneapolis, MN 55404
(612) 871 2909 (phone)
(612) 871-2939 (fax)

Joseph M. Alioto
ALIOTO LAW FIRM
One Embarcadero Center, Suite 4000
San Francisco, CA 94111-3607
(415) 434 8900 (phone)
(415) 434-9200 (fax)

John H. Boone
LAW OFFICE OF JOHN H. BOONE
One Embarcadero Center, 40th Floor
San Francisco, CA 94111
(415) 434 1133 (phone)
(415) 434-9200 (fax)

Thomas P. Bleau
BLEAU, FOX & ASSOCIATES, A.P.C.
3575 Cahuenga Blvd., West, Suite 580
Los Angeles, CA 90068
(323) 874 8613 (phone)
(323) 874-1234 (fax)

Attorneys for Plaintiffs



***END***

**ORDER**

Pursuant to the foregoing stipulation and Rule 41(a)(1)(ii), this action is dismissed without prejudice as to defendants Equilon Enterprises LLC, Motiva Enterprises LLC, Equiva Trading Company and Equiva Services LLC.

Dated: 12/21/99

United States District Judge