THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

AUG 13 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT

AUG 14 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUAD N. DAGHER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAUDI REFINING, INC., et al. <br><br> Defendants. | CV 99-6114-GHK(JWJx) <br><br> **JUDGMENT** |

By separate orders dated May 21, 2002, and August 13, 2002, we ruled that Defendants Shell Oil Company ("Shell"), Texaco, Inc. ("Texaco"), and Saudi Refining, Inc. ("SRI") were entitled to judgment as a matter of law pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Accordingly, pursuant to those orders, it is hereby **ADJUDGED**, **DECREED** and **ORDERED** that Defendants Shell, Texaco, and SRI shall have judgment against Plaintiffs, and Plaintiffs shall recover nothing on their complaint.

IT IS SO ORDERED.

DATED: August 13, 2002

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

George H. King
United States District Judge